JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$620,000.00.IN U.S. CURRENCY,<br><br>　　　　Defendant.<br>_____<br>YUE MA,<br><br>　　　　Claimant. | No. CV 20-1251-JFW (JPRx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

　　　Plaintiff and claimant Yue Ma ("Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

　　　The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

　　　1.　Claimant Yue Ma asserts an interest in the defendant $620,000.00 in U.S. currency (the "defendant currency") and has filed

a claim and answer in this case. The defendant currency was seized from Claimant, and no other person or entity is believed to have any claim or interest therein. Notice has been given and published as required by law and the Local Rules of this Court. No other claims or answers were filed, and the time for filing claims and answers has expired.

2. The following shall be returned to Claimant:

    a. $75,000.00 of the defendant currency.

3. The following shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(A)(1)(a) and 1594 and disposed of according to law, and no other right, title, or interest shall exist therein:

    a. The remaining $545,000.00 of the defendant currency, plus the interest earned by the United States on the entire amount of the defendant currency since seizure.

4. The United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, are released from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant currency and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Claimant has waived any rights he may have to seek remission or mitigation of the forfeiture.

5. The Court finds that there was reasonable cause for the seizure of the defendant currency. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant currency.

**IT IS SO ORDERED.**

DATED: March 17, 2021  _____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America